IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN DOUGLAS MCKAY,

    Plaintiff,

  v.

MICHAEL ANTHONY KNOERZER and
CLYDE & CO. LLP,

    Defendants.

No. C 15-02347 WHA

**ORDER DENYING DEFENDANTS' MOTION TO FILE UNDER SEAL**

    Defendants moved to file under seal five of fourteen exhibits to a declaration filed in support of their motion to dismiss, which they claim are subject to an arbitrator's confidentiality order. Defendants' motion was not accompanied by a stipulation in support of the motion or a declaration explaining why no stipulation could be obtained, as required by Civil L.R. 7-11(a). Plaintiff avers that defendants never contacted him concerning a stipulation in connection with this motion. Defendants also filed all fourteen attachments, rather than just the five at issue, under seal on ECF and PACER, so plaintiff was unable to view any of them. Plaintiff also notes that defendants have not served him with copies of the attachments to this motion, although that is not required for e-filed motions. Additionally, defendants' memorandum in support of their motion to dismiss included details and direct quotes from several of the documents sought to be sealed, which were not redacted in that document.

Due to these deficiencies, plaintiff has been unable to identify or review several of the documents submitted in support of defendants' motion to dismiss, some of which were undisputably not subject to the confidentiality order. For these reasons, defendants' motion to file under seal is **DENIED**. Defendants shall re-file unredacted versions of any documents they intend to rely on in support of their motion to dismiss by **JULY 9 AT NOON**.

**IT IS SO ORDERED.**

Dated: July 7, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2