**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN DOUGLAS MCKAY,

    Plaintiff,

  v.

MICHAEL ANTHONY KNOERZER and
CLYDE & CO. LLP,

    Defendants.

No. C 15-02347 WHA

**ORDER GRANTING DEFENDANTS' MOTION TO FILE UNDER SEAL**

On July 7, defendants' administrative motion to file under seal five exhibits to a declaration filed in support of their motion to dismiss was denied as it was not accompanied by a stipulation in support of the motion or a declaration explaining why no stipulation could be obtained, as required by Civil L.R. 7-11(a). On July 9, the parties filed a stipulation requesting reconsideration of defendants' motion to seal. According to that stipulation, plaintiff has now had an opportunity to review the exhibits and agrees that three of the exhibits are subject to an arbitrator's confidentiality order and should be filed under seal. Good cause shown, defendants' motion to file exhibits B, E, and G under seal is **GRANTED**.

**IT IS SO ORDERED.**

Dated: July 9, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE