IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN DOUGLAS MCKAY,

    Plaintiff,

v.

MICHAEL ANTHONY KNOERZER and
CLYD & CO. LLP,

    Defendants.

No. C 15-02347 WHA

**ORDER DENYING REQUEST TO CORRECT RECORD**

    The parties request to correct their joint statement requesting reconsideration of defendants' motion to seal, which has already been ruled on. The instant request seeks to change a single paragraph which was an earlier draft that was not intended to be filed. This is the fourth electronic filing error in less than two months of litigation. The parties should learn to file documents properly the first time. Request **DENIED.**

    **IT IS SO ORDERED.**

Dated: July 20, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE