IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN DOUGLAS McKAY,

    Plaintiff,

  v.

MICHAEL ANTHONY KNOERZER and
CLYDE & CO. LLP,

    Defendants.

No. C 15-02347 WHA

**ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS**

Counsel for defendants inadvertently e-filed the unredacted version of a brief on the public docket. Good cause shown, the Clerk shall remove the incorrectly-filed documents (Dkt. Nos. 26 and 27). Counsel shall re-file the correct documents.

**IT IS SO ORDERED.**

Dated: July 21, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE