IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOUGLAS MCKAY,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL ANTHONY KNOERZER and CLYDE & CO. LLP,<br><br>    Defendants.<br>_____/ | No. C 15-02347 WHA<br><br>**REQUEST FOR RESPONSE** |

Defendants have filed a stipulation for dismissal with prejudice of this action (Dkt. No. 45). Defendants failed to include a sworn attestation that plaintiff concurred in the filing of the stipulation as required by Civil L.R. 5-1(i). By **NOON ON JANUARY 28**, plaintiff shall please inform the Court whether he concurs in the filing of the stipulation of dismissal.

Dated:   January 26, 2016.

　　　　　　　　　　　　　　　　　　　　／s／ William Alsup
　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE