Jeffrey D. Polsky (SBN 120975)
jpolsky@foxrothschild.com
**FOX ROTHSCHILD LLP**
345 California Street, Suite 2200
San Francisco, CA 94104
Telephone: 415.364.5540
Facsimile: 415.391.4436

Attorneys for Defendants
MICHAEL ANTHONY KNOERZER and
CLYDE & CO LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN McKAY,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL ANTHONY KNOERZER and<br>CLYDE & CO. LLP,<br><br>    Defendants. | Case No.: 3:15-cv-02347 WHA<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff John McKay and Defendants Michael Anthony Knoerzer and Clyde & Co. LLP hereby stipulate that this action and all claims asserted by Plaintiff against Defendants in this action are hereby dismissed, in their entirety, with prejudice. It is further stipulated that each party shall bear its own attorneys' fees and costs, and that each party hereby waives any right to appeal. Any and all remaining issues are waived.

Dated: ~~December~~ JANUARY 18, 2016  *(McK)*

JOHN D. MCKAY

By *John D. McKay*
Plaintiff *Pro Se*

Dated: December ___, 2015

FOX ROTHSCHILD LLP

By *Jeffrey D. Polsky*
Jeffrey D. Polsky
Attorneys for Defendants
MICHAEL ANTHONY KNOERZER and
CLYDE & CO. LLP

### ORDER

PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.

Dated: January 26, 2016.

_____
William ~~H.~~ Alsup
United States District Judge